No. 41244.—Protest 949578–G of Wm. Shaland (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of metal animal paper weights.   The claim at 40 percent under paragraph 339 was sustained on the authority of *Woolworth* v. *United States*. (26 C. C. P. A. 221, C. A. D. 20).

No. 41245.—Protests 943173–G, etc., of M. Pressner & Co. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of antimony building paper weights, metal miniature shoe paper weights, and metal swan paper weights chiefly used in the household for utilitarian purposes.   The claim at 50 percent under paragraph 339 was therefore sustained.   *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) followed.

No. 41246.—Protest 943157–G of New York Merchandising Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise in question consists of thermometers chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained.   Abstract 39852 followed.

No. 41247.—Protests 733159–G, etc., of Nara Goldfish Co. et al. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of pin cushions, photo frames, covers and stands, paper weights, bridge table pencil holders, and bookends chiefly used on the table or in the household for utilitarian purposes, composed of metal plated with silver.   The claim at 50 percent under paragraph 339 was therefore sustained.   *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20, and T. D. 47857) cited.

No. 41248.—Protests 651448–G, etc., of F. W. Woolworth Co. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel photo frames were held dutiable at 40 percent under paragraph 339.   *Woolworth* v. *United States* (T. D. 47857) cited.   Candleholders, vases, photo frames, candlesticks, boxes, and jewel boxes in chief value of metal plated with silver were held dutiable at 50 percent under paragraph 339.   *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) cited.

No. 41249.—Protests 428538–G, etc., of Benziger Bros. et al. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of boxes, atomizers, and calendars chiefly used in the household for utilitarian purposes.   The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and Abstracts 49373 and 37730 cited.